# EXHIBIT A

**PLD-PI-001**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY<br>NAME: Joel Siegal<br>FIRM NAME: Siegal Richardson LLP<br>STREET ADDRESS: 1760 Solano Ave Ste 202<br>CITY: Berkeley<br>TELEPHONE NO.: 5102716720<br>EMAIL ADDRESS: joelsiegal@yahoo.com<br>ATTORNEY FOR (name): Plaintiff Ousmane Sow | STATE BAR NUMBER: 117044 | FOR COURT USE ONLY<br><br>SUMMONS ISSUED |

STATE: CA  ZIP CODE: 94707-2218
FAX NO.:

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Contra Costa
STREET ADDRESS: 725 Court Street
MAILING ADDRESS:
CITY AND ZIP CODE: Martinez Ca.
BRANCH NAME:

Per local Rule, This case is assigned to
Judge Reyes, Benjamin T, II, for all purposes.

PLAINTIFF: Ousmane Sow

DEFENDANT: The Home Depot

[x] DOES 1 TO 100

COMPLAINT—Personal Injury, Property Damage, Wrongful Death
[ ] AMENDED (Number):

CASE NUMBER:
C25-01055

Type (check all that apply):
[ ] MOTOR VEHICLE   [ ] OTHER (specify):
   [ ] Property Damage   [ ] Wrongful Death
   [x] Personal Injury   [ ] Other Damages (specify):

Jurisdiction (check all that apply):
[ ] ACTION IS A LIMITED CIVIL CASE  (does not exceed $35,000)
  Amount demanded   [ ] does not exceed $10,000
                [ ] exceeds $10,000
[x] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $35,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
   [ ] from limited to unlimited
   [ ] from unlimited to limited

1. **Plaintiff** (name or names): Ousmane Sow

   alleges causes of action against **defendant** (name or names):
   The Home Depot; Does 1-100

2. This pleading, including attachments and exhibits, consists of the following number of pages: 5

3. Each plaintiff named above is a competent adult
  a. [ ] **except** plaintiff (name):
      (1) [ ] a corporation qualified to do business in California.
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor   [ ] an adult
          (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed.
         (b) [ ] other (specify):
      (5) [ ] other (specify):
  b. [ ] **except** plaintiff (name):
      (1) [ ] a corporation qualified to do business in California.
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor   [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed.
         (b) [ ] other (specify):
      (5) [ ] other (specify):

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

| | | |
|---|---|---|
| Form Approved for Optional Use<br>Judicial Council of California<br>PLD-PI-001 [Rev. January 1, 2024] | **COMPLAINT—Personal Injury, Property<br>Damage, Wrongful Death** | Code of Civil Procedure, § 425.12<br>www.courts.ca.gov |

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| | |

4. ☐ Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☒ except defendant (name): The Home Depot
      (1) ☒ a business organization, form unknown.
      (2) ☐ a corporation.
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   c. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown.
      (2) ☐ a corporation.
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   b. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown.
      (2) ☐ a corporation.
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   d. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown.
      (2) ☐ a corporation.
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants (specify Doe numbers): Doe 1-50         were the agents or employees of other
      named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants (specify Doe numbers): Dow 51-100         are persons whose capacities are unknown to
      plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☒ at least one defendant now resides in its jurisdictional area.
   b. ☒ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**

**PLD-PI-001**

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| | |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*

   a. ☐ Motor Vehicle

   b. ☒ General Negligence

   c. ☐ Intentional Tort

   d. ☐ Products Liability

   e. ☒ Premises Liability

   f. ☐ Other *(specify):*

11. Plaintiff has suffered *(check all that apply)*

   a. ☒ wage loss.

   b. ☒ loss of use of property.

   c. ☒ hospital and medical expenses.

   d. ☒ general damage.

   e. ☒ property damage.

   f. ☒ loss of earning capacity.

   g. ☒ other damage *(specify):*
      all damages that the court deems appropriate

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are

   a. ☐ listed in Attachment 12.

   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for

   a. (1) ☒ compensatory damages.

      (2) ☐ punitive damages.

   b. The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*

      (1) ☒ according to proof.

      (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: March 12, 2025

Joel Siegal

_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001(2)

| SHORT TITLE:<br>Sow v. The Home Depot | CASE NUMBER: |
|---|---|

First _____     **CAUSE OF ACTION—General Negligence**     Page ___4___
     (number)

ATTACHMENT TO  [ x ] Complaint      [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*:  Ousmane Sow

    alleges that defendant *(name):*  The Home Depot

        [ x ] Does    1 _____    to   100 _____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff

on *(date)*:  February 28, 2025

at *(place)*:  Store 643 // 11939 San Pablo Avenue El Cerrito, Ca.

*(description of reasons for liability):*

On or about February 28, 2025, Plaintiff was a customer at the Home Depot located at the above address. Plaintiff wished to purchase a red tool kit. Plaintiff noted that the tool kit that he wished to purchase was on a shelf at least six foot off the ground. The tool kits were on a high shelf rather than being displayed on the floor or in a manner that would be safer for customers such as plaintiff. Plaintiff made an effort to have someone from the store assist him in taking the tool kit off of the high shelf. No one from the store assisted Plaintiff. As Plaintiff himself attempted to gather the tool kit for purchase, it fell on his head, knocking him to the ground. He was rendered unconscious with blood on the back of his head where he had been struck.

On or about March 10, 2025, Defendant was directed to preserve all video tapes or camera images from the store which depicted the accident.

Defendant and each of them owed a duty of care to plaintiff. Said duty includes but is not limited to displaying items in an appropriate manner which would not cause injury; assisting customers in obtaining items, and in owing duties of due care to customers such as will be proven at trial.

As a proximate result of defendants negligence plaintiff was injured in an amount to be proven at trial.

Page 1 of 1

PLD-PI-001(4)

| SHORT TITLE:<br>Sow v. The Home Depot | CASE NUMBER: |
|---|---|

Second _____    **CAUSE OF ACTION—Premises Liability**    Page ___5___
       *(number)*

ATTACHMENT TO [ x ] Complaint    [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. Plaintiff *(name):* Ousmane Sow _____

       alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.

   On *(date):* February 28, 2025                plaintiff was injured on the following premises in the following

   fashion *(description of premises and circumstances of injury):*
   Please see all allegations in general negligence attached hereto

Prem.L-2.  [ x ]  **Count One—Negligence** The defendants who negligently owned, maintained, managed and
          operated the described premises were *(names):*
          The Home Depot

                [ x ] Does  1 _____  to  100 _____

Prem.L-3.  [ x ]  **Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully
          or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were
          *(names):*
          The Home Depot

                [ x ] Does  1 _____  to  100 _____

          Plaintiff, a recreational user, was  [ ] an invited guest  [ x ] a paying guest.

Prem.L-4.  [ ]  *Count Three—Dangerous Condition of Public Property* The defendants who owned public property
          on which a dangerous condition existed were *(names):*

                [ ] Does _____  to _____
          a.  [ ]  The defendant public entity had  [ ] actual  [ ] constructive notice of the existence of the
                 dangerous condition in sufficient time prior to the injury to have corrected it.
          b.  [ ]  The condition was created by employees of the defendant public entity.

Prem.L-5.a. [ ]  **Allegations about Other Defendants** The defendants who were the agents and employees of the other
          defendants and acted within the scope of the agency were *(names):*

                [ ] Does _____  to _____
          b.  [ ]  The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
                 [ ] described in attachment Prem.L-5.b  [ ] as follows *(names):*

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California  PLD-
PI-001(4) [Rev. January 1, 2007]
**CAUSE OF ACTION—Premises Liability**
Code of Civil Procedure, § 425.12
www.courts.ca.gov