United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUSMANE SOW,<br>Plaintiff,<br>v.<br>HOME DEPOT U.S.A., INC.,<br>Defendant. | Case No. 26-cv-03125-HSG<br>**ORDER TO SHOW CAUSE** |

For the second time in two weeks Plaintiff's counsel has failed to appear at the initial case management conference. Counsel first failed to appear on July 14, 2026. Dkt. No. 19. The Court issued an order to show cause why counsel should not be sanctioned for his failure to attend. Dkt. No. 18. In response, Mr. Siegal offered a single sentence that he "apologize[d] to the court for failing to appear," but did not explain what happened or offer any reassurances that it would not happen again. Dkt. No. 20. The Court ordered a supplemental response, Dkt. No. 21, and the case management conference was continued to July 28, 2026, Dkt. No. 19. Mr. Siegal again offered only a brief response. Dkt. No. 22. He indicated that he had hired a new assistant, and that they would "do [their] best" not to miss court deadlines in future. *Id.* But the very next day counsel failed to appear for the July 28 case management conference. This is completely unacceptable. Mr. Siegal has wasted Defendant's and the Court's resources. The Court has been unable to move the case forward due to Mr. Siegal's absence, and the Court has concerns about whether the case should proceed at all, as well as about whether counsel is capable of performing at the level of competence the undersigned requires. In the Court's view, counsel does not appear to appreciate the seriousness of failing to appear as ordered.

The Court therefore **DIRECTS** Plaintiff's counsel to **SHOW CAUSE** why he should not

United States District Court
Northern District of California

be sanctioned for failing to attend both case management conferences. Counsel is also **DIRECTED TO SHOW CAUSE** why the case should not be dismissed for failure to prosecute given that counsel's repeated failures to appear are making it impossible to advance the case. Plaintiff shall file a statement of three pages or less by August 3, 2026.

**IT IS SO ORDERED.**

Dated: 7/29/2026

Haywood S. Gilliam, Jr.
HAYWOOD S. GILLIAM, JR.
United States District Judge