JOEL H. SIEGAL (SBN 117044)
SIEGAL &RICHARDSON, LLP
1760 Solano Avenue, Suite 202
Berkeley, California 94707
Telephone: (510) 271-6720
Facsimile: (510) 500-9512
joelsiegal@yahoo.com

STEFANIA MESSINA
GOODMAN NEUMAN HAMILTON, LLP
100 Bush Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 705-0160
smessina@gnhllp.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OUSMANE SOW.<br><br>Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC.<br><br>Defendants. | Case No. 4:26-CV-03125-HSG<br><br>**STIPULATION AND ORDER SELECTING ADR PROCESS** |

Counsel reports that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the ADR process.

**Mediation** (ADR L.R. 6)

The parties agree to hold the ADR session by 150 days from this order. The parties respectfully request to be part of the court's mediation program.

Date: August 7, 2026 _*/s/ Joel H. Siegal*_
Attorney for Plaintiff

Date: August 7, 2026 _*/s/ Stefania Messina*_
Attorney for Defendant

☒ IT IS SO ORDERED

☐ IT IS SO ORDERED WITH MODIFICATIONS:

DATE: 8/10/2026

Haywood S. Gill, Jr.

U.S. DISTRICT JUDGE